| State of Minnesota | District Court |
|---|---|
| County: *Scott* | Judicial District: *First Judicial District* |
| | Court File Number: |
| | Case Type: *Employment* |

Plaintiff: *Antonio Roberto Maximo Lopez*

vs

Defendant: *Amazon.com Services LLC*

## Civil Summons

*2022 DEC -9 AM 9:57  SHERIFF'S HANDS  [?] CASTLE COUNTY*

This Summons is directed to (name of Defendant):

*Amazon.com Services LLC.*

1. **You are being sued.** The Plaintiff has started a lawsuit against you. The *Complaint* is attached to this *Summons*. Do not throw these papers away. They are official papers that start a lawsuit and affect your legal rights, even if nothing has been filed with the court and even if there is no court file number on this *Summons*.

2. **You must BOTH reply, in writing, AND get a copy of your reply to the person/business who is suing you within 21 days to protect your rights.** Your reply is called an *Answer*. Getting your reply to the Plaintiff is called <u>service</u>. You must serve a copy of your *Answer* or *Answer and Counterclaim* (Answer) within 21 days from the date you received the *Summons* and *Complaint*.

   ANSWER: You can find the *Answer* form and instructions on the MN Judicial Branch website at <u>www.mncourts.gov/forms</u> under the "Civil" category. The instructions will explain in detail how to fill out the *Answer* form.

3. **You must respond to each claim.** The *Answer* is your written response to the Plaintiff's *Complaint*. In your *Answer* you must state whether you agree or disagree with each paragraph of the *Complaint*. If you think the Plaintiff should not be given everything they asked for in the *Complaint*, you must say that in your *Answer*.

4. SERVICE: **You may lose your case if you do not send a written response to the Plaintiff.** If you do not serve a written *Answer* within 21 days, you may lose this case by default.

You will not get to tell your side of the story. If you choose not to respond, the Plaintiff may be awarded everything they asked for in their *Complaint*. If you agree with the claims stated in the *Complaint*, you don't need to respond. A default judgment can than be entered against you for what the Plaintiff asked for in the *Complaint*.

To protect your rights, you must serve a copy of your *Answer* on the person who signed this *Summons* in person or by mail at this address:

461 Dakota St. S. Apt 1 Shakopee MN 55379

5. Carefully read the Instructions (CIV301) for the *Answer* for your next steps.

6. **Legal Assistance.** You may wish to get legal help from an attorney. If you do not have an attorney and would like legal help:

- Visit www.mncourts.gov/selfhelp and click on the "Legal Advice Clinics" tab to get more information about legal clinics in each Minnesota county.

- Court Administration may have information about places where you can get legal assistance.

**NOTE: Even if you cannot get legal help, you must still serve a written *Answer* to protect your rights or you may lose the case.**

7. **Alternative Dispute Resolution (ADR).** The parties may agree to or be ordered to participate in an ADR process under Rule 114 of the Minnesota Rules of Practice. You must still serve your written *Answer*, even if you expect to use ADR.

11/14/22
Date

Signature

Name: Antonio Roberto Maximo Lopez
Address: 461 Dakota St S. Apt 1
City, State, Zip: Shakopee MN 55379
Telephone: 612 802 0898
E-mail: mxm1oz mxm@gmail.com

**State of Minnesota**                                **District Court**

County: Scott

Judicial District: First Judicial District
Court File Number:
Case Type: Employment

Plaintiff: Antonio Roberto Maximo Lopez

vs

**Civil Complaint**

Defendant: Amazon.com Services LLC

The Plaintiff makes the following complaints against the Defendant:

If you have more than 1 complaint against Defendant, list each complaint separately, including any supporting facts.

1. (the complaints are the attached following pages)
2.
3.
4.
5. For any other relief the court feels is fair and equitable.

Based on the complaints above, Plaintiff demands the following relief:

1. Judgement against the Defendant for 20,000 dollars plus costs
2.
3.

1/3

## Complaints

My name is Antonio Roberto Maximo Lopez and I am the Plantiff. My address is 461 Dakota St. S. Apt 1 Shakopee MN, 55379. The name of the Defendent is Amazon.Com Services LLC and their address is 410 Terri Avenue North Seattle, WA 98109.

I was employed by Amazon.com in Shakopee begining in November 2020 through November 18th, 2021 and in a second facility in January ending on the 3rd of February 2022. However the Defendents Staff and other employees Ranging from Human Resources, Managers, Supervisors, Leads, Regulars and part-time, Trainers, Security, and Truck Drivers from multiple departments created a Hostile Work Environment. The Employers Staff and employees Shouted and had Outbursts in my face or directed towards me, in my rear, near my presence or station, at very close proximity or in my ear, creating the Hostile Work Environment, for many of the times Hatefull tones were used.

Mocks and putdowns were also excessively and pervasively used from Repetitive demoralizing words, to misdirection of work, intervening with work, and constant gibersish and disruptive behaviour, therefore, Harasment.

Devices appeared to be used to Direct and facilitate the Hostile Work Environment, including but not limited to Scan guns, Laptops, and phones, for the employees checked them frequently prior to shouting. Speakers were used to facilitate the Harassment

**EXHIBIT A**

2/3 <u>Complaints</u>

The Hostile Work Environment continued for 3-4 months, from one facility to the next, on a Daily bases or every other day, occuring multiple times a day at times, even after complaints were made to Human Resources, Supervisors, and Management. The Hostile Work Enviroment and pervasive excessive mockery constitute Harasment Discrimination and Hence Constructive Discharge, for I was forced to quit my job do to the Hostile work Environments, at both Facilitys.

Human Resources (HR), Management, Supervisors, and Leads were informed of Anxiety and ear sensitivity yet the Shouting continued at Both facilitys. And HR was informed that simple Respectful manners was suffice for accomodations. Complaints were made to HR, Supervisors, and Management, mutiple times, about the behaviour of Leads and other employees and Complaints were made to HR about management yet they repeated their Hostile Behaviour and disruptive behaviour.

In addition, Shouting or Harasment directed towards me or within my vicinity fallowed after or immidiatly after making a complaint or defending myself, or while filing a Report with HR. This

**EXHIBIT A**

## Complaints

occurred repeatively in a day at times, including for simply asking questions to trainers. The Responds and Hostile Behaviour by HR, Supervisors, Management and Leads and other employees following the Complaints constitute Retaliation Discrimination, The Hostile Work Environment and Retaliation Discrimination Hence Constitute Discrimination on the Bases of Disability in Violation of the Americans with Disability Act of 1990, as Amended. Thus, The Defendent owing myself 6 months of Loss Wages.

4. _____
   _____
   _____

   *Add another page if more space is needed. Do not use the back of the paper.*

## ACKNOWLEDGMENT

By presenting this form to the court, I certify that to the best of my knowledge, information, and belief, the following statements are true. I understand that if a statement is not true, the court can order a penalty against me (such as to pay money to the other party, pay court costs, and/or other penalties).

1. The information I included in this form is based on facts and supported by existing law.

2. I am not presenting this form for any improper purpose. I am not using this form to:
   a. Harass anyone;
   b. Cause unnecessary delay in the case; or
   c. Needlessly increase the cost of litigation.

3. No judicial officer has said I am a frivolous litigant.

4. There is no court order saying I cannot serve or file this form.

5. This form does not contain any "restricted identifiers" or confidential information as defined in Rule 11 of the General Rules of Practice (https://www.revisor.mn.gov/court_rules/gp/id/11/) or the Rules of Public Access to Records of the Judicial Branch (https://www.revisor.mn.gov/court_rules/rule/ra-toh/).

6. If I need to file "restricted identifiers," confidential information, or a confidential document, I will use Form 11.1 and/or Form 11.2, as required by Rule 11.

11/14/22
Date

Signature: *[signature]*
Name: Antonio Roberto Maximo Lopez
Address: 461 Dakota St S. Apt 1
City, State, Zip: Shakopee MN, 55379
Telephone: 612 862 0898
E-mail: mxmlpz.mxm@gmail.com